Davis & Young and Dennis R. Fogarty, for appellant.

WELSH ET AL., APPELLEES, *v.* INDIANA INSURANCE COMPANY ET AL.; OHIC INSURANCE COMPANY, APPELLANT.

[Cite as *Welsh v. Indiana Ins. Co.,*
101 Ohio St.3d 1247, 2004-Ohio-1621.]

(Nos. 2003–1948 and 2003–1949—Submitted March 15, 2004—Decided April 14, 2004.)

---

{¶ 1} The motions for reconsideration of the entries of January 21, 2004, found at 101 Ohio St.3d 1424, 2004-Ohio-123, 802 N.E.2d 154, and 101 Ohio St.3d 1418, 2004-Ohio-123, 802 N.E.2d 150, are denied.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

LUNDBERG STRATTON, J., concurs separately.

---

LUNDBERG STRATTON, J., concurring.

{¶ 2} I concur with the decision to deny reconsideration. However, as I stated in my concurring opinion in *Fish v. Ohio Cas. Ins. Co.,* 101 Ohio St.3d 1210, 2004-Ohio-224, 802 N.E.2d 149, I believe that *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256, applies to all pending cases where a

claim has been raised under *Scott–Pontzer v. Liberty Mut. Fire Ins. Co.* (1999), 85 Ohio St.3d 660, 710 N.E.2d 1116. Here, the appellate court has remanded the case to the trial court for further proceedings. The proceedings on remand should include application of *Galatis*.

---

John S. Coury, for appellees.

Thompson Hine L.L.P., Scott A. Campbell and John T. Sunderland, for appellant.